AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

THOMAS STINCO MARKS,
a/k/a Thomas Stanko Marks,

       Petitioner,  v.

ROB McKENNA, et al,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-07-024-WFN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus pursuant to 21 U.S.C. 2254, filed February 5, 2007, Ct. Rec. 7, is DENIED. File is Closed.

November 6, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer